**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**August 15, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

STATE OF WYOMING,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

    Respondents.

------------------------------

POWDER RIVER BASIN RESOURCE
COUNCIL; NATIONAL PARKS
CONSERVATION ASSOCIATION;
SIERRA CLUB; WYOMING OUTDOOR
COUNCIL; BASIN ELECTRIC POWER
COOPERATIVE; PACIFICORP; ARCH
COAL, INC.,

    Intervenors.

------------------------------

WYOMING COUNTY
COMMISSIONERS ASSOCIATION;
AMERICAN PETROLEUM INSTITUTE;
PETROLEUM ASSOCIATION OF
WYOMING,

    Amici Curiae.

_____

No. 14-9529
(EPA No. EPA-R08-OAR-2012-0026)
(Environmental Protection Agency)

POWDER RIVER BASIN RESOURCE
COUNCIL; NATIONAL PARKS
CONSERVATION ASSOCIATION;
SIERRA CLUB,

     Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

     Respondents.

------------------------------

STATE OF WYOMING; BASIN
ELECTRIC POWER COOPERATIVE;
PACIFICORP; ARCH COAL, INC.;
IDAHO POWER COMPANY,

     Intervenors.

------------------------------

WYOMING COUNTY
COMMISSIONERS ASSOCIATION;
AMERICAN PETROLEUM INSTITUTE;
PETROLEUM ASSOCIATION OF
WYOMING,

     Amici Curiae.

_____

PACIFICORP,

     Petitioner,

v.

No. 14-9530
(EPA No. EPA-RO8-OAR-2012-0026)
(Environmental Protection Agency)

No. 14-9534
(EPA No. EPA-R08-OAR-2012-0026)

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

     Respondents.

------------------------------------

POWDER RIVER BASIN RESOURCE
COUNCIL; NATIOINAL PARKS
CONSERVATION ALLIANCE; SIERRA
CLUB; WYOMING OUTDOOR
COUNCIL, BASIN ELECTRIC POWER
COOPERATIVE,

     Intervenors.

------------------------------------

WYOMING COUNTY
COMMISSIONERS ASSOCIATION;
AMERICAN PETROLEUM INSTITUTE,
PETROLEUM ASSOCIATION OF
WYOMING,

     Amici Curiae.

(Environmental Protection Agency)

---

**JUDGMENT**

---

Before **TYMKOVICH**, **BACHARACH**, and **CARSON**, Circuit Judges.

---

These petitions for review originated from the Environmental Protection Agency

and was argued by counsel.

It is the judgment of this Court that the rules and regulations of the Environmental Protection Agency are vacated in part and affirmed in part. These cases are remanded in part for reconsideration in accordance with the opinion of this Court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk